IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00716-AP

**ROSEMARY A. KILINSKI,**

    Plaintiff,

    v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Gail C. Harriss
Attorney for Plaintiff
DAWES, HARRISS & BLOODSWORTH, P.C.
572 East Third Avenue
Durango, CO 81301
Phone: (970) 247-4411
Fax: (970) 247-1482
Gch@dawesandharriss.com

For Defendant:

David M. Gaouette
Acting United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-2149
Fax: (303) 844-0770
allan.berger@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: 3/31/2009.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 4/9/2009
    C.    Date Answer and Administrative Record Were Filed: 6/4/2009.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of her knowledge, the Record is incomplete. Page 164 of the Record is illegible. To the best of her knowledge, the remainder of the Record is complete.

**Defendant states:** To the best of his knowledge, the record is complete. However, defendant's counsel will consult with defendant to determine whether there is a more legible copy of page 164 of the transcript.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**  This case involves no unusual claims.
**Defendant states:**  This case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

**Plaintiff states:**   Plaintiff anticipates filing a Motion for Substitution of Parties as plaintiff has recently passed away.  Plaintiff is waiting for a copy of the Death Certificate before filing the Motion.

**Defendant states**:  To the best of his knowledge, there are no other matters.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due: 7/23/09**
    B.    **Defendant's  Response Brief Due: 8/24/09**
    C.    **Plaintiff's  Reply Brief Due: 9/8/2009**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.
    B.    **Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED:  June 24, 2009

                                          BY THE COURT:

                                           *S/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Gail C. Harriss 6/23/09<br>Gail C. Harriss<br>Attorney for Plaintiff<br>DAWES, HARRISS & BLOODSWORTH, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>Phone: (970) 247-4411<br>Fax: (970) 247-1482<br>Gch@dawesandharriss.com<br><br>Attorney for Plaintiff | David M. Gaouette<br>ACTING UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Allan D. Berger 6/23/09<br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |