**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00716-CMA

DONALD P. KILINSKI, on behalf of
ROSEMARY A. KILINSKI (Deceased),

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

     Defendant.

---

**ORDER SETTING ORAL ARGUMENT**

---

     This matter comes before the Court following review of the file, administrative record and briefs submitted.

     IT IS THEREFORE ORDERED that an oral argument hearing will be held on **December 2, 2009 at 1:30 p.m.,** in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado.  Oral argument will be limited to 15 minutes per side.

     DATED:  September __15__, 2009

                                           BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge