IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00716-CMA

DONALD P. KILINSKI, on behalf of
ROSEMARY A. KILINSKI (Deceased),

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

_____

**ORDER REMANDING CASE TO THE COMMISSIONER OF SOCIAL SECURITY**
_____

    Pursuant to and in accordance with the Order and Judgment issued by the United States Court of Appeals (Doc. # 29), filed July 22, 2011, and the Mandate of the United States Court of Appeals (Doc. #30), filed September 13, 2011, it is

    ORDERED that this case is REVERSED and REMANDED to the Administrative Law Judge for further proceedings in accordance with the United States Court of Appeals' July 22, 2011 Order.

    September __14__, 2011

                                                 BY THE COURT:

                                                 _____
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Judge